UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:16-cv-00077

EDWARD RAY WINDHORST                                                                                  PLAINTIFF

v.

SWIFT & STALEY, INC.                                                                                     DEFENDANT

---

### NOTICE OF SETTLEMENT
---

The parties have reached an agreement in principle to settle this matter pending final approval and execution of a release and settlement agreement.

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
Attorneys for Swift & Staley, Inc.

BY: /s/ C. Thomas Miller
C. Thomas Miller
Post Office Box 995
Paducah, Kentucky 42002-0995
Telephone: (270) 443-4516
Facsimile: (270) 442-8247
tmiller@whitlow-law.com

### CERTIFICATE OF SERVICE

I hereby certify that this 27th day of April, 2017, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Nick Wallingford, Esq., Wallingford Law, PSC, 1050 Monarch Street, Suite 100, Lexington, KY 40513, nick@wallingfordlaw.com, *Counsel for Plaintiff*;

/s/ C. Thomas Miller
C. Thomas Miller