UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:16-cv-00077

EDWARD RAY WINDHORST                                                                PLAINTIFF

v.

SWIFT & STALEY, INC.                                                                 DEFENDANT

## AGREED ORDER OF DISMISSAL
**(Electronically Filed)**

Upon agreement of the parties, and the Court being sufficiently advised that all matters in controversy between the parties have been settled,

IT IS ORDERED AND ADJUDGED that all claims asserted herein, or which could have been asserted herein, are hereby DISMISSED, with prejudice, each party to pay his/its own costs.

This the _____ day of _____, 2017.

HAVE SEEN AND AGREED:


*/s/ Nick Wallingford*_____
Nick Wallingford, Esq.
*Attorney for Plaintiff*


*/s/ C. Thomas Miller*_____
C. Thomas Miller, Esq.
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following via U.S. Mail this the _____ day of _____, 2017:

Nick Wallingford, Esq., Wallingford Law, PSC, 1050 Monarch Street, Suite 100, Lexington, KY 40513, nick@wallingfordlaw.com, *Counsel for Plaintiff*;

C. Thomas Miller, Esq., Whitlow, Roberts, Houston & Straub, PLLC, P.O. Box 995, Paducah, KY 42002-0995, *Attorney for Defendants*.

_____
U.S. DISTRICT COURT CLERK